CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

# Subcontract Agreement

**08/24/2015**

BETWEEN **Capstone Classic Construction LLC**
**2810 Market Loop, Suite 100**
**Southlake, TX 76092**

a Limited Liability Corporation, hereinafter called "CONTRACTOR"

AND Ford AV
1340 Airport Commerce Dr Suite 470
Austin, TX 78741
(405) 209-9746

hereinafter called "SUBCONTRACTOR" who agrees to furnish all materials and to complete all of the work described in Paragraph "SCOPE OF WORK" hereof for the construction of and work done on:

PROJECT: High Sky Administration Building
8701 West County Road 60
Midland, TX 79707
02-214-31

~~OWNER: High Sky Children's Ranch~~
8701 West County Road 60
Midland, TX 79707

Hereinafter called "OWNER"

and CONTRACTOR, including in their entirety all general, supplementary, and special conditions, plans, drawings, specifications, modifications, supplements, addendum and alternates accepted. Prepared by:

ARCHITECT: Cornerstone Design Group
4904 North Midkiff Road
Midland, TX 79705

EXHIBIT
A

Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

Performance Schedule: The Subcontract Work shall be completed no later than per **Capstone Classic Construction's** schedule following the date of this Agreement. The performance time shall be adjusted only as provided in the Contract Documents. Subcontractor agrees to perform all Subcontract Work pursuant to the Project Schedule by/of **Capstone Classic Construction, LLC**.

## 2. REQUIRED DOCUMENTS

2.1 Subcontractor, shall at all times, supply **Capstone Classic Construction, LLC** with updated, valid and current contract documents, including, but not limited to the following:

(a). Certificate of General Liability Insurance, (naming Capstone Classic Construction, LLC., Architect and Owner as additionally insured including A Waiver of Subrogation). (See Section 10 for Insurance and Indemnification).
(b). Waiver of Workman's Comp insurance, (or form DWC Form 83).
(c). W-9
(d). Original signed contract (Mail original to our office attn: Suzette Klie)
(e). All submittals pertaining to Subcontractor's scope of work and per project specification manual.
(f). Exhibit "c" Suppliers/Subcontractors List (including all key associations).
(g). Payment Application. (To be completed in Microsoft Excel).
(h). Statutory Lien Waiver Forms (To be completed and turned in with each Payment Application).
(i). In the event, the above mentioned project falls under any state jurisdiction, other than Texas, ~~there will be an Addendum "e" incorporated into this Agreement in lieu of notated sections~~ within the afore mentioned Addendum "e".
(j) Warranty Letter upon completion of project.

## 3. SUBMITTAL ITEMS

3.1 Subcontractor shall tender to Contractor copies of the following Project submittal Items:

(a). Product Data/Manufacturer literature, samples and MSDS sheets.

(b). Shop drawings. (If applicable).

(c). List of products with lead time letters.

(d). Closeout documents.

3.2 Submittal Requirements. Subcontractor will provide all Submittal Items in accordance with the following terms and conditions:



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

## 1. SUBCONTRACT WORK

1.02 Scope of Subcontract Work. Subcontractor shall furnish and pay for all labor, materials, fuel, equipment, tools, machinery, and supplies to perform all work; obtain and pay for all necessary permits, licenses and fees; pay all state sales taxes, state and federal unemployment taxes, and all other taxes and fees associated with the subcontract labor or materials; provide all required construction layout and surveying for this scope of work; and do all things necessary to complete the Subcontract Work (hereafter referred to as "Subcontract Work"). With the exception of Millwork, Door Hangers, Tile, and Grout in which Capstone has purchased up front.

Provide Labor and Material to Install AV Equipment per the Attached Exhibit A

Utilizing equipment related (labor and material as specified and in compliance with the plans and specifications submitted by Cornerstone Design Group, architect and/or Louis Duvalle , engineer, with the following dates:

September 3, 2014
June 15, 2015
July 16, 2015

Including all Addenda listed below:

Addendum 1

Any discrepancies in the plans, specifications or contractor, need to notify Contractor in writing within five (5) working days of this Agreement. Any discrepancies will be the responsibility of the subcontractor at their expense if identified at a later date beyond the five (5) day notice. All clean up and organization as it relates to the scope of work is managed by Subcontractor and in a timely response to all requests made by **Capstone Classic Construction, LLC** representatives is required. **Capstone Classic Construction, LLC**, as general contractor, relies on the professional expertise of each subcontractor. The Subcontractor, through understanding of their specific project scope, is responsible to ensure all associated work implied or reasonably inferred by contract documents, drawings and specifications, be completed accordingly.

Subcontractor acknowledges that the Contractor is relying on Subcontractor to submit a thorough and complete bid on all work included in the plans, specifications and any addenda pertaining to his work. Any work, which can reasonably be expected to be a part of Subcontractor's scope of work and not specifically excluded, will be considered a part of this subcontract and the responsibility of the subcontractor.

Onsite Expectations: It is the responsibility of the subcontractor to daily clean their work area or areas affected by their work. It is also expected of the subcontractor to arrive to the jobsite on time, dresses in a professional manner, and to behave with professional integrity. There will be no music, smoking, or alcoholic beverages consumed onsite. All OSHA regulations and safety procedures are to be followed and enforced. It is the subcontractor's responsibility to be aware of such regulation and to abide by all of them in accordance.



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

(a). Subcontractor represents that Subcontractor's Work described herein specifically meets the requirements of the Contract Documents in all respects, unless the Subcontractor has stated in writing any deviations, potential deviations, or questions, both in the shop drawings themselves and in their transmittal to Contractor.

(b). If Subcontractor identifies any deviations, potential deviations, or questions regarding contract compliance as described in herein, Contractor will attempt to obtain answers to those questions (or approval for any deviations) from Owner or Architect. However, Subcontractor is responsible for submitting shop drawings or any submittals in sufficient time to allow time for Owner (or Architect) to respond (and to allow any re-submittals and re-response necessary) without unreasonably delaying Subcontractor's Work on the Project.

(c). In the event that Owner approves a deviation from the Contract Documents, the Subcontractor shall process a Change Order to reflect this deviation within ten calendar days of Subcontractor's written notice, or electronic mail, of such change.

(d). The Subcontractor will notify Contractor of any specific dimensions which are necessary for complete shop drawings. Contractor will either provide these dimensions to the Subcontractor within a reasonable time or will direct Subcontractor as to how these dimensions can be obtained. The Subcontractor is responsible for obtaining these dimensions as soon as practicable if they are not provided by Contractor.

## 4. PERFORMANCE AND PROSECUTION OF WORK

4.1 Independent Contractor. The Subcontractor agrees that he is an independent contractor under this Agreement. The Subcontractor is exclusively and solely responsible for, and has control over, all construction means, methods, techniques, sequences, procedures, supervision, and/or coordination of the Subcontract Work including any means, methods, techniques, sequences, procedures, supervision and/or coordination related to the safety of the Subcontractor's employees or any other persons working in the area of the Subcontract Work.

4.2 Storage of Materials. The Subcontractor shall examine all equipment and materials furnished in connection with the Subcontract Work for compliance with the applicable Contract Documents. The Subcontractor shall then unload and properly store all such equipment and material to prevent damage or loss. Contractor may deduct all costs for such damage or loss resulting from improperly stored materials from payments due to Subcontractor.

4.3 Surface and Subsurface Conditions. The Subcontractor shall inspect surface and/or subsurface conditions affecting the Subcontract Work to assure that the Subcontract Work will be properly performed in accordance with the applicable Contract Documents. If any remedial work is required to the surface or subsurface, Subcontractor shall immediately notify Contractor in writing.



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

IF SUBCONTRACTOR PERFORMS SUBCONTRACT WORK WITHOUT PROVIDING NOTICE THAT SUCH REMEDIAL WORK IS REQUIRED, SUBCONTRACTOR ACCEPTS ALL SURFACE AND SUBSURFACE CONDITIONS AND WAIVES ANY CLAIMS FOR EXTRA COMPENSATION TO REPAIR OR REMEDY SUCH CONDITIONS OR FOR REPLACEMENT OF THE SUBCONTRACT WORK ARISING OR RESULTING FROM DEFECTS IN THE SURFACE OR SUBSURFACE.

4.4 Protection of Work. Subcontractor shall take necessary precautions to properly protect the Subcontract Work and the work of the Contractor and other subcontractors. The Subcontractor shall promptly repair any damage it causes to the work of the Contractor or other subcontractors. If Subcontractor fails to promptly repair such damage, the Contractor may deduct the costs of such repairs from payments due the Subcontractor.

4.5 Inspection of Work. The Subcontractor shall provide sufficient, safe and proper facilities at all times for the inspection of the Subcontract Work by the Contractor or his authorized representatives. Subcontract Work not meeting the specifications or intent of the applicable Contract Documents, including, but not limited to, the drawings, plans and specifications, shall be removed, rebuilt and retested to conform to the Contract Documents, all at Subcontractor's expense.

4.6 Cleanup. In the course of performing all Subcontract Work, the Subcontractor shall keep the building, premises and work areas clean at all times of debris associated with the Subcontract Work and/or Subcontractor's employees. Subcontractor shall remove from the Project all wastes and excess materials related to the Subcontract Work. If the Subcontractor shall fail to remove construction debris as instructed by Contractor, Contractor may proceed to perform such duties, and may deduct all such costs from payments otherwise due Subcontractor.

4.7 Project Plans. Subcontractor is responsible for comparison of all architectural plan pages, engineering plan pages and identifying discrepancies for their scope of work. A Request for Information (RFI) will be required for such.

**5. PAYMENT**

5.1 Contractor shall pay Subcontractor for the performance of this subcontract the sum of One Hundred Forty-Eight Thousand Fourteen Dollars and 85/100, ($148,014.85) with retainage to be held at a rate of Ten and xx / 100 percent (10%) of the sums due and shall be withheld until total completion and acceptance of the entire project, which is subject to additions and deductions for changes agreed upon or determined, as provided below in this subcontract. [redacted]

5.2 PROGRESS PAYMENTS



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

(a). Subcontractor shall submit to the Contractor will generate separate applications for payment for the Subcontract Work performed. (Payable on terms listed on Exhibit A Section E) [redacted] All Payment Applications will be submitted on the electronic Payment Application supplied by **Capstone Classic Construction, LLC**, to **suzette.klie@capstoneclassic.com** or by United States Postal Service. [redacted] No applications for payment will be processed and no payments will be made unless Subcontractor has submitted a sworn statement certifying the name of all Subcontractor's unpaid materialmen and sub-subcontractors. [redacted] Contractor may pre-pay any payment without waiving any of Contractor's rights under this Agreement. Applications for payment shall be accompanied by completed lien waivers and/or bills paid affidavit forms as may be required by Contractor or Owner on Application for Payment specified by Capstone Classic Construction.

(b). In the event the Contractor believes any of the conditions listed below warrant such action, the Contractor may withhold from any payments due, sums deemed necessary to protect the Contractor or Owner from any losses on account of: (i) Defects in the Subcontract Work not remedied; (ii) Failure of the Subcontractor to pay bills for labor and/or materials furnished in connection with the Subcontract Work; (iii) Inability of Subcontractor to complete the Subcontract Work for the unpaid balance of the Subcontract Price; (iv) Failure of the Subcontractor to diligently prosecute the Subcontract Work such that damages for delay are likely; (v) Damages to another subcontractor; (vi) Breach by the Subcontractor of any provision or obligation of this Agreement or of the Contract Documents applicable to such Subcontract Work; or (vii) Breach by the Subcontractor of any provision or obligation of another subcontract agreement with Contractor.

(c). Contractor may in its sole discretion make any payments due hereunder by means of checks jointly payable to the Subcontractor and any of Subcontractor's materialmen or sub-subcontractors and Subcontractor agrees that any such joint check payments made shall constitute payment to the Subcontractor under this Agreement for the full amount of such joint check.

(d). In the event Contractor receives notice of a lien claim or bond claim by Subcontractor's materialman, subcontractor or laborer, Contractor may, at Contractor's option, directly pay any



Initial

such claimant. Any such direct payment to a claimant and any expenses in processing such claim and payment shall be deducted from the Price of the Subcontract Work and from payments otherwise due Subcontractor. Subcontractor and Contractor further agree that Contractor will incur substantial additional costs and expenses in administration of claims when a notice is received, that such costs would be difficult to ascertain, that the sum of $350.00 would be a reasonable and just compensation to Contractor for each notice received, and that $350.00 for each notice should be deducted from the Price of the Subcontract Work and from any payments due to Subcontractor, as liquidated damages for such administration.

5.3 Final Payment. Contractor's obligation to make final payment to Subcontractor is specifically contingent upon the following conditions, which are conditions precedent to final payment:

(a). Submittal by the Subcontractor of an affidavit that all payrolls, bills for material and equipment, and other indebtedness connected with the applicable Subcontract Work, have been paid or otherwise satisfied;

(b) Submittal by the Subcontractor of lien waivers, or bond claim waivers on bonded projects, indicating that all of the Subcontractor's materialmen, laborers, and subcontractors have been fully paid and are waiving all statutory lien rights and releasing all bond claims;

(c) Consent of Surety to final payment, if required;

(d) Approval by the Owner, Architect, and Contractor of the Subcontract Work; and

(e) Receipt by the Contractor of all payments related to the Subcontract Work, including any retainage withheld by the Owner from the Contractor. SUBCONTRACTOR'S ACCEPTANCE OF FINAL PAYMENT SHALL CONSTITUTE A WAIVER OF ALL CLAIMS BY THE SUBCONTRACTOR RELATING TO THE SUBCONTRACT WORK OR TO THE CONTRACTOR'S WORK CONNECTED WITH THE APPLICABLE PROJECT OR CONTRACT DOCUMENTS, BUT SHALL IN NO WAY RELIEVE THE SUBCONTRACTOR OF LIABILITY FOR THE OBLIGATIONS FOR REPLACING FAULTY OR DEFECTIVE WORK APPEARING AFTER FINAL PAYMENT.

(f) Closeout documents will include product operating documentation, training of staff, Warranty Letter and As-Built plans.

## 6. TIME, SCHEDULES, AND DELAYS

6.1 Time. Time is of the essence to this Agreement. Subcontractor shall begin the Subcontract Work as soon as instructed by the Contractor and shall prosecute the Subcontract Work promptly, efficiently and in a manner that will not cause delay in the progress of Contractor's work or other work performed on the applicable Project by other subcontractors. ALL SUBCONTRACT WORK SHALL BE PERFORMED



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

IN THE NUMBER OF DAYS SHOWN ON THE APPLICABLE PROJECT SCHEDULE AND WITHIN THE TOTAL NUMBER OF CALENDAR DAYS AS STATED IN THIS AGREEMENT.

6.2 Project Schedule. The Contractor from time to time may issue a Project Schedule applicable to the Subcontract Work. Subcontractor shall perform all Subcontract Work as scheduled by Contractor, unless Subcontractor notifies Contractor within three (3) calendar days after receipt of schedule requirements that Subcontract Work cannot be performed within the time scheduled by Contractor. Contractor may, from time to time, reschedule the order of the Subcontract Work or otherwise revise Subcontractor's schedule. Subcontractor agrees to comply with such schedule revisions without any increase to the Subcontract Price for acceleration or delays.

6.3 Performance Reports. Subcontractor shall furnish periodic progress reports of Subcontract Work as may be required by Contractor; and shall attend periodic conferences at the job site to discuss progress.

6.4 Damages for Delay to Contractor. Subcontractor shall be liable for any damages for delay sustained by Contractor caused directly or indirectly by Subcontractor; including, but not limited to, damages, liquidated or otherwise, for which Contractor is liable to Owner. Any such damages shall be deducted from payments due Subcontractor, and, if such damages exceed the amount of payments due, Subcontractor shall pay Contractor upon demand such excess damages due.

6.5 Time Extensions, Claims and Damages for Delay to Subcontractor. CONTRACTOR SHALL NOT BE LIABLE TO SUBCONTRACTOR FOR DELAYS, HINDRANCES, OR INTERRUPTIONS TO THE SUBCONTRACT WORK CAUSED BY THE ACT, NEGLECT OR DEFAULT OF THE OWNER OR OWNER'S REPRESENTATIVE, OR BY REASON OF FIRE OR OTHER CASUALTY, OR ON ACCOUNT OF RIOTS OR STRIKES, OR ON ACCOUNT OF ANY ACTS OF GOD, OR ANY OTHER CAUSES BEYOND THE CONTRACTOR'S CONTROL, OR ANY CIRCUMSTANCES CAUSED OR CONTRIBUTED TO BY ANY SUBCONTRACTOR OR ANY OTHER PARTY PERFORMING A PART OF THE WORK; but, Contractor will cooperate with Subcontractor to enforce any just claim against the Owner or Owner's representative for delay as may be allowed under the applicable Contract Documents. Contractor shall be reimbursed by Subcontractor for any expense, including attorney's fees, incurred in connection with any claims asserted at the request of Subcontractor. SHOULD SUBCONTRACTOR BE DELAYED IN THE SUBCONTRACT WORK BY CONTRACTOR, THEN SUBCONTRACTOR'S SOLE AND EXCLUSIVE REMEDY AGAINST CONTRACTOR SHALL BE AN EXTENSION OF TIME FOR COMPLETION EQUAL TO THE DELAY CAUSED, AND THEN ONLY IF WRITTEN CLAIM FOR DELAY IS MADE TO CONTRACTOR PRIOR TO INTERFERENCE WITH THE SUBCONTRACT COMPLETION TIME. SUBCONTRACTOR WAIVES AND RELEASES CONTRACTOR FROM ALL CLAIMS AND CAUSES OF ACTION AGAINST CONTRACTOR FOR DAMAGES ARISING OUT OF DELAYS, HINDRANCES, OR INTERRUPTIONS CAUSED IN WHOLE OR IN PART BY CONTRACTOR, AND SUBCONTRACTOR ACCEPTS AS ITS EXCLUSIVE REMEDY AN EXTENSION OF TIME EQUAL TO THE DELAY CAUSED SOLELY BY CONTRACTOR.



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

## 7. CHANGES AND ADDITIONAL COMPENSATION

7.1 Changes. Contractor, from time to time, without invalidating this Agreement, may order changes in the Subcontract Work within the general scope thereof consisting of additions, deletions or other revisions to the Subcontract Work. Subcontractor, prior to the commencement of such changed or revised work, shall promptly submit to the Contractor any claim for adjustment to the Subcontract Price afore mentioned in this Agreement or Project Schedule because of such changed or revised work. All Change Orders, Modifications, Claims for Adjustments, and Notices provided in this Agreement shall be in writing. At no time shall the Subcontractor contact the Architect or Owner regarding revisions, changes or modifications. All changes must be in writing in a fully executed Change Order per Contractor's instruction and returned.

7.2 Notice Required. SUBCONTRACTOR SHALL NOT BE ENTITLED TO ANY EXTRA COMPENSATION OR ADDITIONAL PERFORMANCE TIME UNLESS NOTICE IS GIVEN PRIOR TO BEGINNING THE WORK FOR WHICH CLAIM FOR EXTRA PAYMENT OR EXTRA TIME IS MADE; OTHERWISE, SUCH CLAIM SHALL BE WAIVED. Subcontractor shall not perform any changed, revised, or extra work unless prior to the performance of such work, either: (i) the Contractor and Subcontractor enter into a modification changing the Subcontract Price and/or Performance Schedule for such changed Subcontract Work; or (ii) the Contractor, after receiving the Subcontractor's claim, provides the Subcontractor notice to proceed with the changed, revised, or extra Subcontract Work absent such modification.

7.3 Finality of Owner's Decision. Notwithstanding anything contained herein to the contrary, IF THE WORK FOR WHICH THE SUBCONTRACTOR CLAIMS EXTRA COMPENSATION TO BE DUE, IS DETERMINED BY THE OWNER, OR THE OWNER'S REPRESENTATIVE, TO BE SUCH THAT THE CONTRACTOR IS NOT ENTITLED TO ADDITIONAL COMPENSATION FOR SUCH WORK FROM THE OWNER, THE SUBCONTRACTOR WAIVES ITS RIGHT TO EXTRA COMPENSATION FOR SUCH WORK AND RELEASES THE CONTRACTOR FOR ANY LIABILITY OF PAYMENT THEREFOR. Subject to Subcontractor's right to participate in a proceeding disputing such a decision as provided in the applicable Contract Documents, the decision of the Owner, or the Architect as the Owner's representative, shall be final with regard to whether extra compensation is due and with regard to the amount of such extra compensation.

7.4 Claims Against Owner. Contractor will cooperate with Subcontractor to submit any valid and enforceable claim against the Owner or Owner's representative for extra compensation or other relief under the applicable Contract Documents. As a condition precedent to Contractor's agreement to cooperate in the submittal of Subcontractor's claim against the Owner, Subcontractor agrees to pay for any expense, including attorney's fees, incurred in connection with claims asserted at the request of Subcontractor, including the pre-payment of any retainage fee that may be requested.

7.5 Proceeding with Work. If a Subcontractor and Contractor do not agree upon either (i) whether or not the Subcontractor's written notice, or electronic mail, requesting extra compensation constitutes changed work or additional work beyond the original scope of Subcontract Work, or (ii) the reasonable amount of extra compensation due for the changed or extra work, then Subcontractor shall proceed with the work in



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

# Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

accordance with the instructions of the Contractor. In such event, the Subcontractor shall maintain and present to the Contractor, in such form as the Contractor may prescribe, an itemized accounting of costs, together with appropriate supporting data, for all extra labor, materials, and equipment expended at the project site by the Subcontractor for the changed or additional work. For changed or additional work beyond the scope of the original Subcontract Work, the Subcontractor shall be entitled to recover, subject to the requirements for notice, all labor, material, and equipment costs expended at the project site for the changed or additional work, minus the costs for any deleted work, plus a sum of ~~ten percent (10%)~~ twenty percent (20%) as an aggregate amount for Subcontractor's overhead and profit. In the event that Subcontractor's costs include second and third tier subcontractors, the aggregate sum of Subcontractor's overhead and profit, together with all its subcontractors' overhead and profit, shall not exceed fifteen percent (15%) in addition to the costs for labor, materials, and equipment expended at the project site by Subcontractor and all its subcontractors.

(insert)

## 8. SUPPLEMENTATION OF WORK AND TERMINATION

8.1 Should the Subcontractor fail at any time to supply a sufficient number of properly skilled workers, sufficient materials and equipment of the proper quality, properly perform the Subcontract Work, or fail in any material respect to prosecute the Subcontract Work with promptness and diligence or fail to promptly correct defective Work or fail in the performance of any of the subcontractor's obligations, the Contractor may, after providing two (2) work days written notice, or electronic mail, to Subcontractor, and Subcontractor's right to cure, provide such labor, materials and equipment and deduct the cost thereof, together with all loss or damage occasioned thereby, from any money then due or thereafter to become due to the Subcontractor under this Agreement or any other contract between Contractor and Subcontractor. However, if in the Contractor's opinion an emergency situation arising due the Subcontractor's failure to man the job properly, Contractor may immediately supplement Subcontractor's work without notice and may terminate the Subcontractor for cause. If such costs, loss and/or damage exceed the money then due or thereafter to become due to Subcontractor under this Agreement or any other Contractor, Subcontractor shall pay to Contractor the balance of such excess.

8.2 Termination of Subcontract Agreement for Default. If the Subcontractor at any time shall refuse or neglect to supply sufficient properly skilled workmen, or materials or equipment of the proper quality and quantity, or fail in any respect to prosecute the Subcontract Work with promptness and diligence, or cause by any action or omission the stoppage or interference with the work of the Contractor or other subcontractors, or fail in performance of any of the covenants contained in the applicable Contract Documents, or be unable to meet its debts as they mature, the Contractor may, at his option, at any time terminate this Agreement for the Subcontractor's default by delivering written notice, or electronic mail, of termination to the Subcontractor. Thereafter, the Contractor may take possession of the Project, materials, tools and equipment of the Subcontractor at the building site, and through himself or others provide labor, equipment and materials to prosecute and complete the Subcontract Work associated with this Agreement on such terms and conditions as shall be deemed necessary. The Contractor shall deduct



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

the cost thereof, including without restriction thereto all charges, expenses, losses, costs, damages, and attorney's fees, incurred as a result of the Subcontractor's failure to perform, from any money then due or thereafter to become due to the Subcontractor under this Agreement. If the Contractor so terminates this Agreement, the Subcontractor shall not be entitled to any further payments thereunder until the Subcontract Work has been completed and accepted by the Owner, and payment has been received by the Contractor. If the cost to complete the Subcontract Work (plus all charges, expenses, losses, costs, demands and attorney's fees recoverable under this Agreement) exceeds the unpaid Subcontract Price, Subcontractor shall pay the Contractor the balance of such excess.

8.2.1 Termination due to Subcontractor's Conduct. If Subcontractor shall fail, refuse, or neglect at any time to (i) supply a sufficient number of properly skilled workers, (ii) supply materials and equipment of the proper quality, (iii) properly perform the Subcontract Work, or (iv) cause by any action or omission the stoppage or interference with the work of the Contractor or other subcontractors, (v) fail in any respect to prosecute the Subcontract Work with promptness and diligence, (vi) fail in the performance of any of the covenants herein contained, or (vii) be unable to meets its debts as they mature, or (viii) violate any laws, the Contractor may, after providing five (5) days written notice, or electronic mail, and Subcontractor's right to cure, as its option and at any time, terminate this Agreement by delivering written notice, or electronic mail, of termination to the Subcontractor. Thereafter, the Contractor may take possession of the Project and Subcontract Work, materials at the Project site, and through itself or others provide labor, equipment, and materials to prosecute the Subcontract Work on such terms and conditions as reasonably necessary. The Contractor shall deduct the cost thereof, under this Agreement, including without restrictions all charges, expenses, losses, costs, damages, and attorney's fees incurred as a result of the Subcontractor's failure to perform, from any money then due or thereafter to become due to the Subcontractor under this Agreement or any other contract between Subcontractor and Contractor. Contractor, at its' sole discretion, may convert a termination for cause to a termination for convenience.

8.3 Termination of Subcontract for Convenience. The Contractor may, at its option, at any time, terminate without Subcontractor's default the whole or any part of this agreement for the convenience of the Contractor. Subcontractor agrees that upon any such termination, the Subcontractor's sole remedy shall be payment of full value for all work properly performed, less all payments Subcontractor has previously received on account of Subcontract Work performed. The value shall not exceed Subcontractor's costs for labor, materials, and equipment, plus fifteen percent (15%) for profit and overhead. Subcontractor agrees to waive all claims for damages, including lost or anticipated profits, arising from or related to any such termination by Contractor.

8.4 Payments After Termination. If the Contractor terminates this Agreement pursuant to 8.2, 8.2.1, or 8.3 above, the Subcontractor shall not be entitled to any further payments under this Agreement until Subcontractor's Work has been completed and accepted by the Owner, and payment has been received by the Contractor from Owner for any money then due or thereafter to become due to the Subcontractor under this Agreement. If the cost to complete the Subcontract Work (plus all charges, expenses, losses, costs, demands and attorney's fees recoverable under this Agreement) exceeds the unpaid Subcontract Price, Subcontractor shall pay the Contractor the balance of such excess. In the event the Contractor terminates this Agreement for default, as provided in paragraph 8.2, and the Subcontractor is



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

subsequently found not to be in default, the Contractor's termination for default shall be deemed for all purposes to be a termination for convenience as provided in paragraph 8.3.

8.5 Abandonment. Is defined as any of the following:

(a). Subcontractor's Authorized Representative(s) are not present on site for 2 consecutive business days where Subcontractor's Work is scheduled;

(b). Subcontractor gives written confirmation of Abandonment; or

(c). In Contractor's reasonable opinion, the Subcontractor has left the project and is not returning to the project.

In the event of Abandonment by Subcontractor, then Contractor may:

(a). Immediately take possession of Subcontractors' tools, equipment, and materials on site;

(b). Repair and replace Subcontractor's defective work after giving Subcontractor 24 hours' notice of such intent, provided however that no written notice, or electronic mail, is required if such repairs are deemed an emergency by Contractor.

(c). Pay directly sub-subcontractors and suppliers of Subcontractors for completed and approved Work; and

(d). Take any other action necessary to secure the worksite, replace the Subcontractor, and repair, replace and complete Subcontractor's Work.

## 9. ADDITIONAL OBLIGATIONS

9.1 Additional Obligations of Subcontractor. In addition to the other engagements of the Subcontractor hereunder, Subcontractor hereby agrees that with regard to this Agreement Subcontractor shall:

(a). Not discriminate against any employee or applicant for employment because of race, creed, color, age, sex, national origin, or disability.

(b). Not assign rights under this Agreement or any amounts due or to become due hereunder without the written consent of the Contractor; nor subcontract the whole of any Subcontract Work without the written consent of the Contractor; nor further subcontract portions of any Subcontract Work without written notification to the Contractor.

(c). Promptly submit shop drawings and samples as requested by Contractor, in order to carry on the Subcontract Work efficiently without delay in the progress of the Project. Subcontractor shall resubmit within three (3) working days, any shop drawings or submittals returned for correction.



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

(d). Comply with all Federal, State and local laws and ordinances relating to construction of buildings or structures, give adequate notices relating to the Subcontract Work to the proper authorities, and secure and pay for all necessary licenses or permits to carry on the Subcontract Work as described in the applicable Contract Documents.

(e). Comply with Federal and State laws relating to reporting and payment of federal and state payroll taxes on wages, including but not limited to, Federal Income Tax withholding provisions of the Internal Revenue Code, Federal Insurance Contribution Act (FICA) payments, and Federal Unemployment Tax Act (FUTA) payments, applicable state unemployment tax payments.

(f). Comply with all Federal, State and local laws, including, but not limited to, the statutes and regulations promulgated pursuant to statute related to Texas Workers' Compensation Act; Consolidated Omnibus Budget Reconciliation Act (COBRA); Immigration Reform and Control Act of 1986; Consumer Credit Protection Act; Title 3, Title 7 of the 1964 Civil Rights Act; Age Discrimination Employment Act; Employees Retirement Income Security Act (ERISA); and Occupational Safety and Health Act of 1970 (OSHA), the Construction Safety Act of 1969, and the Clean Water Act, with all regulations promulgated by the Environmental Protection Agency including Storm Water Pollution Prevention Plan requirements. The Subcontractor shall defend and be responsible for all citations, fines and penalties, **AND SHALL INDEMNIFY AND HOLD CONTRACTOR AND ALL OTHER SUBCONTRACTORS HARMLESS FROM ANY LOSS SUSTAINED BY REASON OF ANY FAILURE TO SO COMPLY.** As an independent contractor, Subcontractor is exclusively responsible for compliance with these regulations and laws and for the safety of Subcontractor's employees.

(g). For the Subcontract Work maintain a qualified person approved by Contractor on the job at all times.

(h). Adopt a Drug Free Workplace Program equal to or exceeding the Contractor's Drug Free Workplace Program, including Subcontractor's pre-employment and post-accident testing of employees and Subcontractor's permanent removal of employees failing tests or refusing to submit to tests.

(i). Exercise every precaution necessary to eliminate asbestos and/or lead-containing materials from any of the materials incorporated in the Subcontract Work. If asbestos fibers or lead contaminants are found in materials associated with the Subcontract Work, the Subcontractor shall be responsible for determining the source of and removing all materials containing asbestos fiber or lead contaminants.

(j). Promptly provide Contractor notice of any condition which could increase Contractor's cost of the Subcontract Work or Contractor's liability for claims or damages, to allow Contractor to confirm the condition and mitigate damages arising from the condition. SUBCONTRACTOR WAIVES ALL CLAIMS OR DAMAGES AND FULLY RELEASES CONTRACTOR FROM LIABILITY FOR ANY CLAIMS OR DAMAGES, WHICH ARISE PRIOR TO SUBCONTRACTOR'S NOTICE TO CONTRACTOR OF ANY SUCH CONDITION.



Initial

**10. INSURANCE AND INDEMNIFICATION**

10.1 INSURANCE REQUIREMENTS

(a). Prior to beginning the Subcontract Work, the Subcontractor shall procure and maintain in force (1) statutory workers' compensation insurance for all Subcontractors' employees and/or workmen at the Project performing the Subcontract Work, employers liability insurance with at least $500,000.00 coverage, (2) commercial general liability insurance ("CGL"), (3) business automobile liability insurance, and (4) such other insurance to the extent required by the Prime Agreement for the Subcontract Work. The Subcontractor's commercial general liability and, automobile liability insurance shall be primary and non-contributory. The Subcontractor's commercial general liability policy and the umbrella policy shall contain an endorsement listing the Owner and Contractor as additional insured (endorsement CG 20 10 10 01 and CG 20 37 10 01, or alternatively, endorsement CG 20 10 11 85, such that coverage is provided to the additional insured parties for completed operations); shall have a Per Project Aggregate endorsement; and shall be written for not less than limits of liability as follows:

(i) Commercial General Liability.

$1,000,000.00 Each Occurrence

$2,000,000.00 General Aggregate

$2,000,000.00 Products/Completed Operations Aggregate

$1,000,000.00 Personal and Advertising Injury

(ii) Business Automobile Liability.

$1,000,000.00 Combined Single Limit

(b). The CGL policy shall contain a contractual liability endorsement and a products/completed operations endorsement. The Subcontractor shall maintain the coverage listed above including the additional insured coverage and the completed operations coverage, for a period of four (4) years after completion of the Project. Subcontractor's insurance coverage shall not include any of the following endorsements, excluding or limiting coverage:

(i) Contractual Liability Limitation, CG 21 39;

(ii) Amendment of Insured Contract Definition, CG 24 26;

(iii) Exclusion-Explosion, Collapse and Underground Property Damage Hazard, CG 21 42 or CG 21 43;

(iv) Limitation of Coverage to Designated Premises or Project, CG 21 44 07 98;



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

(v) Exclusion-Damage to Work Performed by Subcontractors on Your Behalf, CG 22 94 or CG 22 95;

(vi) Any type of Construction Defect Completed Operations exclusion;

(vii) Any type of Punitive, Exemplary or Multiplied Damages exclusion; and/or

(viii) Any type of Habitational, Residential, or Condominium Exclusion.

(c). The Workers' Compensation Policy shall contain a waiver of subrogation endorsement in favor of Contractor and its employees. Subcontractor shall execute a joint agreement to be filed with the Texas Department of Insurance, Division of Workers' Compensation, stating the Subcontractor is an independent contractor.

(d). Prior to starting the Subcontract Work, the Subcontractor shall deliver to Contractor an original Certificate of Insurance, meeting statutory requirements, and any other documents, including the full policy binder if requested by Contractor, which evidences the insurance coverages and the endorsements required herein and which states that the coverages afforded under the policies will not be canceled or terminated unless at least thirty (30) days written notice, or electronic mail, is given to the Contractor. Certificates of insurance will be project specific. If Subcontractor subcontracts any portion of the Subcontract Work, Subcontractor shall deliver to Contractor for each of Subcontractor's sub-subcontractors or employee leasing companies, an original Certificate of Insurance which evidences the same coverages and endorsements for workers' compensation insurance as required herein. All insurance companies providing coverage to Subcontractor pursuant to the requirements of this Subcontract Agreement shall have a minimum Best's Rating of A- and a Financial Size Category listing of no lower than VII, both as provided by A.M. Best Company, Inc.

(e). Subcontractor shall be solely responsible for insuring Subcontractor's equipment against physical loss or damage of any kind, and shall be responsible for the deductible portion of each claim covered by the Builder's Risk Insurance procured by either the Owner or the Contractor.

(f). SUBCONTRACTOR WAIVES ANY CLAIM AGAINST CONTRACTOR, OWNER OR THEIR EMPLOYEES AND OFFICERS, FOR ANY AND ALL LOSSES, INJURIES, DAMAGES OR EXPENSES WHICH ARE COVERED BY POLICIES OF INSURANCE, EXCEPT SUCH RIGHTS AS SUBCONTRACTOR MAY HAVE TO THE PROCEEDS OF SUCH INSURANCE.

10.2 Indemnification.

A. TO THE FULLEST EXTENT PERMITTED BY TEXAS LAW, SUBCONTRACTOR AGREES TO INDEMNIFY, DEFEND AND HOLD CONTRACTOR, ITS RESPECTIVE PARTNERS, SHAREHOLDERS, MEMBERS, OWNERS, OFFICERS, DIRECTORS, EMPLOYEES,



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

AGENTS, REPRESENTATIVES, SUCCESSORS AND ASSIGNS, AND JOINT VENTURERS (COLLECTIVELY HEREIN, "CONTRACTOR INDEMNITEES") HARMLESS FROM AND AGAINST ANY AND ALL CLAIMS, DEMANDS, CAUSES OF ACTION, SUITS, DAMAGES, EXPENSES AND LOSSES TO WHICH ANY OF THE CONTRACTOR INDEMNITEES MAY BECOME SUBJECT ARISING IN ANY MANNER FROM OR ATTRIBUTABLE TO THIS SUBCONTRACT OR SUBCONTRACTOR'S PERFORMANCE HEREUNDER. ONLY TO THE EXTENT ALLOWABLE AND UNDER THE CIRCUMSTANCES PERMITTED BY TEXAS LAW, IT IS THE EXPRESS INTENT OF THE SUBCONTRACTOR TO INDEMNIFY CONTRACTOR INDEMNITEES FOR SUBCONTRACTOR'S OWN, JOINT, AND CONCURRENT NEGLIGENCE.

IF ANY CLAIM (OF WHATEVER NATURE) IS MADE AGAINST CONTRACTOR INDEMNITEES HEREUNDER, CONTRACTOR INDEMNITEES SHALL HAVE THE RIGHT TO SELECT COUNSEL AND CONTROL THE DEFENSE THEREOF.

THE INDEMNIFICATION RIGHTS HEREIN PROVIDED: (1) ARE IN ADDITION TO ANY OTHER RIGHTS AND REMEDIES TO WHICH CONTRACTOR INDEMNITEES ARE OTHERWISE ENTITLED BY LAW; (2) SHALL SURVIVE COMPLETION, TERMINATION OR ABANDONMENT OF THIS SUBCONTRACT AND/OR THE WORK; (3) SHALL BE LIMITED TO THE EXTENT NECESSARY FOR COMPLIANCE WITH APPLICABLE STATE AND FEDERAL LAWS.

B. CONTRACTOR MAY OFFSET ANY AMOUNT DUE FROM SUBCONTRACTOR PURSUANT TO THE INDEMNIFICATION PROVISIONS OF THIS AGREEMENT AGAINST ANY PAYMENTS DUE TO SUBCONTRACTOR UNDER THIS SUBCONTRACT OR ANY OTHER TRANSACTION OR AGREEMENT BETWEEN SUBCONTRACTOR AND CONTRACTOR. EXERCISING THIS RIGHT TO OFFSET SHALL NOT BE A BREACH OF ANY PAYMENT PROVISION HEREOF, AND SHALL NOT BE CONSTRUED AS A VIOLATION OF CHAPTER 28 OR 162 OF THE TEXAS PROPERTY CODE.

IN THE EVENT OF INJURY OR DEATH TO AN EMPLOYEE OF THE INDEMINTOR (SUBCONTRACTOR), ITS AGENTS OR SUBCONTRACTORS OF ANY TIER, SUBCONTRACTOR AGREES TO INDEMNIFY, DEFEND, AND HOLD HARMLESS CONTRACTOR INDEMNITEES FROM AND AGAINST ANY AND ALL LIABILITY, CLAIMS, JUDGMENTS AND COSTS OF LITIGATION ARISING FROM ANY PARTY'S NEGLIGENCE, INCLUDING CONTRACTOR INDEMNITEE(S)' PARTIAL OR SOLE NEGLIGENCE. IT IS THE EXPRESS INTENTION OF SUBCONTRACTOR TO INDEMNIFY CONTRACTOR INDEMNITEES FROM THE CONSEQUENCES OF THEIR OWN, JOINT, AND/OR CONCURRENT NEGLIGENCE.

10.3. In any and all claims against the Contractor or any of its agents or employees by an employee of the Subcontractor, or anyone directly or indirectly employed by it or anyone for whose acts it may be liable, the indemnification obligation under Section 10.2 shall not be limited in any way by any limitation on the



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

amount of type of damages, compensation, or benefits payable by or for the Subcontractor under Worker's Compensation acts, or other employee benefit acts.

10.4. The obligations of Subcontractor under this Section shall not extend to the liability of the architect/engineer, his or her agents or employees, arising out of: (a) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs, or specifications; or (b) the giving of or failure to give directions or instructions by the architect/engineer, his or her agents or employees, providing such giving or failure to give is the primary cause of the injury or damage.

## 11. BONDS AND WARRANTIES

11.1. If requested by Contractor, Subcontractor shall purchase a payment, and performance bond in the amount required by Contractor. *(insert)* All premium costs associated with payment and performance bonds requested by Contractor shall be to the account of Contractor.

11.2. Warranty and Conformance with Contract Documents. The Subcontractor warrants to the Owner and Contractor that (i) all Subcontract Work shall comply with all requirements of the Contract Documents and shall be free from any and all defects due to faulty workmanship and/or materials for the warranty period as specified in the Contract Documents ("Warranty Period"), from the date Contractor has completed and has had accepted all of Contractor's work under the Contract with Owner unless Owner's delay in accepting Contractor's work is unrelated to the completed Subcontract work, and (ii) all materials and equipment furnished under the Agreement will be of good quality and new unless otherwise required or permitted by the Contract Documents. During the Warranty Period, the Subcontractor shall promptly remove, replace, correct, and/or repair any portion of the Subcontract Work that is defective or is not in compliance with the Contract Documents.

11.3. Payments of Laborers and Materialmen. The Subcontractor further warrants that all laborers, materialmen, sub-subcontractors and suppliers providing labor, equipment, or materials for the Subcontract Work will be paid such that neither the Owner, Contractor, or Owner's property will be subject to any claims, liens, or encumbrances.

## 12. MEDIATION AND ARBITRATION

12.1 Mediation. Prior to commencing Arbitration, the parties agree to participate in mediation with a mutually agreeable mediator. The mediation shall take place in the county where the project is located, unless otherwise agreed by the parties. If a mediator cannot be agreed upon, either party may file a court proceeding for the sole purpose of the court appointing a mediator. Such action shall not waive any party's right to compel arbitration.

12.2 Arbitration. Except as provided herein, all claims, disputes and controversies arising out of or relating to this Agreement including claims for extra work or changed conditions to or related to the Subcontract Work, shall be decided by arbitration in accordance with the Construction Industry



Initial

Arbitration Rules of the American Arbitration Association, except to the extent such rules are modified herein. Discovery shall be conducted and shall be governed by the Texas Rules of Civil Procedure, unless the parties agree otherwise. The claimant, whether the Contractor or Subcontractor, shall give the other party written notice, or electronic mail, of arbitration by certified mail, specifying the amount of the claim and the basis for the claim. The arbitrator shall be a neutral arbitrator approved by the American Arbitration Association for conducting arbitrations in Texas, and shall be selected by the Contractor within ten (10) business days after the written notice, or electronic mail, of arbitration. After selection of the arbitrator, the Contractor and the Subcontractor shall each tender to the arbitrator, one-half of the arbitration fee as determined by the arbitrator. The arbitration proceeding shall be commenced, and the arbitration hearing shall be scheduled, only after the claimant giving notice of the arbitration, has tendered its one-half of the arbitration fee to the arbitrator. The arbitration hearing shall be in Fort Worth, Texas. The award rendered by the arbitration shall be final, and judgment may be entered upon the award in accordance with the Texas Arbitration Act. Provided, however, the Contractor may elect at any time not to arbitrate: (a) a claim for contribution or indemnity asserted by Contractor in a suit against a party with whom the Contractor does not have an enforceable arbitration agreement; or (b) a claim by the Subcontractor against the Contractor, if the Contractor asserts said claim, in whole or in part, against the Owner in a lawsuit filed either before or after Contractor's receipt of Subcontractor's written notice, or electronic mail, of arbitration. If the arbitrability of this Agreement is contested by either party, the issue shall be submitted to a court of competent jurisdiction in Tarrant County, Texas, and the arbitration shall be stayed until the determination by the Court.

12.3 Claims under Prime Contract.

(a). In the event the Contractor and Owner or others arbitrate or litigate matters relating to Subcontract Work, it shall be the responsibility of the Subcontractor to prepare and present the Contractor's case, to the extent the proceedings are related to the Subcontract Work under this Agreement.

(b). Should the Contractor enter into arbitration or litigation with the Owner or others regarding matters relating to this Agreement, the Subcontractor shall be bound by the result of the arbitration or litigation to the same degree as the Contractor.

12.4 Continued Performance Pending Dispute Resolution. The Subcontractor shall carry on Subcontract Work and maintain his progress during any arbitration or litigation proceedings.

12.5 Statute of Repose. The Subcontractor and Contractor agree that for purposes of this Agreement the statute of repose shall commence to run thirty (30) days after the final completion of the entire Project.

12.6. Minimum Arbitrator Qualifications. Any arbitrator who is selected, nominated, appointed, or otherwise agreed to by the Parties shall be a licensed attorney in good standing and have experience representing clients in interpreting or adjudicating contract rights and claims involving financing, construction, operations, and/or maintenance of commercial construction projects.



Initial

## 13. MISCELLANEOUS

13.1 Notices. All notices required to be given under this agreement shall be deemed delivered when received by Capstone Classic Construction, LLC by means of electronic mail, facsimile or deposited in the United States mail, first class postage prepaid, addressed to the recipient at:

Capstone Classic Construction, LLC.
2810 Market Loop
Suite 100
Southlake, TX 76092

13.2 Attorney's Fees. In the event that the Contractor is required to retain the services of an attorney to enforce this Agreement, or to defend against any cause of action, claim, or counterclaim brought by the Subcontractor on which the Subcontractor does not prevail, then the Contractor shall be entitled to recover the attorneys' fees and costs incurred, in addition to other remedies to which the Contractor is entitled under Texas law. In the event that the Subcontractor is required to retain the services of an attorney to enforce this Agreement and the Subcontractor prevails in asserting a valid claim under this Agreement, then the Subcontractor shall be entitled to recover attorney's fees and costs incurred, in addition to other remedies to which the Subcontractor is entitled under Texas law.

[redacted]



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

[redacted]

13.4 Conflicts in Terms. In the event there is a conflict between the Contract Documents and any provisions of this Agreement, the terms of this Agreement shall govern.

13.5 Venue. Proper venue for any cause of action under this Agreement shall be: (i) Tarrant County, Texas, (ii) the home location of the Contractor's office, or (iii) the county where the construction project is located.

13.6 Non-Segregation of Facilities. All facilities and company activities are non-segregated except where necessary to provide privacy between the sexes.

13.7 Limitation of Action. ANY ACTION OR CLAIM, REGARDLESS OF FORM, ARISING OUT OF THE TRANSACTIONS AND/OR WORK ENCOMPASSED BY THIS AGREEMENT OR PERFORMANCE OF SUBCONTRACTOR'S WORK MUST BE BROUGHT WITHIN TWO YEARS AND ONE DAY OF THE DATE THE CAUSE OF ACTION ACCRUES.

## 14. EXCLUSION OF CONSEQUENTIAL DAMAGES

~~In no event shall Contractor be liable for consequential damages even if Contractor has been advised of~~ the possibility of such damages. Contractor's liability for damages shall not exceed the subcontract price. Said limitations of liability shall apply to any and all claims or actions brought by Subcontractor, whether in contract or in tort.

## 15. ASSIGNMENT

The Subcontractor shall have no right to assign this subcontract or any interest in it, or any money due or to become due under this subcontract, without the prior written consent of the Contractor. Any assignments not so provided for shall be absolutely void.

## 16. BANKRUPTCY

If, before completion of Subcontractor's performance of this subcontract, the Subcontractor shall file a petition in bankruptcy or be adjudicated as bankrupt, or should any proceedings be filed under the Bankruptcy Act either voluntarily or involuntarily, or should Subcontractor be appointed, or if



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

Subcontractor is unable to make payroll or pay its suppliers, or is insolvent, then this subcontract shall at the option of the Contractor immediately terminate. The Contractor shall then have the right to retain and apply any and all monies remaining unpaid to the Subcontractor under this subcontract towards the completion of this subcontract, and the balance, if any, shall be paid over for such completion to the subsequent Subcontractor, its successors or assigns, and the Subcontractor shall remain liable for any default.

**17. NO WAIVER**

The failure of Contractor to insist in any one or more instances upon strict compliance with any of the provisions of this subcontract, or to exercise any options provided for, shall not be construed to be a waiver or relinquishment of Contractor's right to require the compliance with any such provision of this subcontract or a waiver of the right of the Contractor to exercise such option, but such provision or option shall remain in full force and effect.

**18. ENTIRE AGREEMENT**

This subcontract comprises the entire agreement between the parties relating to the work covered in this subcontract, and no other agreement, representation or understanding concerning these matters has been made, and no oral statement, understandings or agreements shall affect the terms of this subcontract. No modification or alteration of this subcontract shall be effective unless evidenced by an instrument in writing signed by both parties.

Legal Construction: In case any one or more of the provisions contained in this Subcontract and/or any Addendum shall for any reason be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other provision of this Subcontract and/or any addendum, and this Subcontract and/or any addendum shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

Conflict between Documents: In the event of a conflict between the terms of this Subcontract, any addendums, and the plans and specifications, the terms of this Subcontract shall govern.

**19. SPECIAL PROVISIONS:**

19.1 Invoices will not be accepted unless they are submitted on the release of lien invoices form provided with this Agreement.

19.2 Billings will not be considered valid until this Agreement is signed, notarized and returned to the office of Contractor.



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

# Capstone Classic Construction, LLC

2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

19.3 A current original certificate of General Liability and Workers Compensation listing Contractor as an additional insured must be on file at the offices of Contractor before Subcontractor will be permitted to start work on this Project.

19.4 Subcontractor must provide Contractor with a signed W-9 must be completed and returned to Contractor before Subcontractor begins any work on the Project (failure to complete this task will delay your payment).

This Agreement is executed and effective on the _____ day of _________________________, 20____, (the "Effective Date").

Capstone Classic Construction, LLC

[signature]
Signature

Alex Fisher
Printed Name

Managing Member
Title

FORD AUDIO-VIDEO SYSTEMS, LLC
Company Name

[signature]
Signature

Greg Bowes
Printed Name

Senior Contracts Administrator
Title



[initials] / [initials]
Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

**20. SUBCONTRACT-SAFETY REQUIREMENTS**

As stated in the terms and conditions of the subcontract agreement, "the Subcontractor shall...comply promptly with all ordinances, regulations rules and orders of the city, state and/or federal government..." including compliance with the regulation of the Occupational Safety and Health Act of 1970, hereinafter called OSHA, including, but not limited to the following jobsite safety rules and regulations:

1. The Subcontractor shall ensure that his employees attend a brief safety meeting each week with their foreman. Material for the meeting can be provided by the General Contractor at the Subcontractors request.

2. The Subcontractor shall supply and maintain a first aid kit on the jobsite for his employees. The Subcontractor shall supply non-emergency transportation for his injured employees.

3. The Subcontractor shall immediately notify the General Contractor of any fire, unusual incident, or injury to any subcontractor, employee, vendor or visitor on the jobsite.

4. The Subcontractor shall supply and/or ensure the use of personal protective equipment for his employees, including:

   a. Hardhats – To be worn at all times (except in no-hardhat designated areas).

   b. Safety glasses, goggles and face shields when the employee's work operation poses a hazard to the eyes and/or face, such as drilling, grinding, chipping, chemical or solvent use, or sand/grit blasting.

   c. Sturdy work shoes – No sneakers, thongs or open toed shoes are permitted on job sites.

   d. Hearing protection, safety belts, weld shields, cutting goggles and respiratory equipment when applicable.

5. Subcontractor shall comply with Subpart M: Fall Protection Standards as related to their trade.

6. The Subcontractor shall maintain his work areas in a neat and orderly manner and remove scrap, debris and rubbish from his work areas on a regular basis or when requested by the General Contractor.

7. The Subcontractor shall ensure that walkways, aisles, work areas and common areas are free of excess stored material, cables, hoses, weld leads and scrap.

8. Motor vehicles used by any Subcontractor, visitor or vendor which do not have clear visibility while backing-up must be equipped with back-up alarms, except when the Subcontractor designates an employee to act as a signalman for the driver of the vehicle.

9. Excavations dub by the Subcontractor must comply with OSHA trenching and excavation requirements before any personnel are permitted in the excavation.



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

# Capstone Classic Construction, LLC

2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

10. Assured electrical equipment grounding conductor program is to be implemented. Ensure all electrical apparatus has been satisfactory tested and color-coded prior to use.

11. Compressed gas cylinders used or stored by the Subcontractor must be kept upright and secured from falling. The caps should be in place and gauges disconnected when cylinders are not in use.

12. The Subcontractor shall notify the General Contractor whenever chemical solvents, flammable solvents, toxic or carcinogenic materials are to be used. The Subcontractor should be prepared to provide a copy of a material safety data sheet to the General Contractor for such products. Storage requirements and personal protective requirements shall apply to such products.

13. The Subcontractor shall notify the General Contractor of any intended use or disturbance of asbestos containing materials.

14. The Subcontractor shall be responsible for instructing his own employees of any special hazards or jobsite requirements, such as lockouts, fire protection or evacuation / emergency procedures.

FORD AUDIO-VIDEO SYSTEMS, LLC
Company Name

Signature

Greg Bowes
Printed Name

Senior Contracts Administrator
Title



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

## 21. ALCOHOL-FREE AND DRUG-FREE WORKPLACE

In 1988, Congress passed the "Drug-Free Workplace Act". Effective March 18, 1989, this Act addresses any drug abuse in the workplace of federal contractors and grant recipients. Effective April 17, 1991, the Texas Workers' Compensation Commission requires Texas employers to adopt a similar policy, with the inclusion of alcoholic beverages.

In response to the new state and federal requirements for alcohol-free and drug-free workplaces, and in keeping with Capstone Classic Construction, LLC's concern for the health and safety of its work force, Capstone Classic Construction, LLC is instituting the following Alcohol-Free and Drug-Free Workplace Policy.

For the purposes of this policy, the term "drug", wherever it appears in this policy statement, includes alcoholic beverages as well as inhalants and illegal drugs.

This policy certifies this company's intent to maintain an alcohol-free and drug-free workplace.

Any subcontractor who violates this company policy will be subject to disciplinary action, up to and including termination of subcontract.

Capstone Classic Construction, LLC's Alcohol-Free and Drug-Free Workplace Policy prohibits subcontractors from engaging in any of the follow activities:

1. Use, possession, manufacture, distribution, dispensation or sale of alcohol or illegal drugs on company premises.

2. Unauthorized use or possession, of any manufacturing, distribution, dispensation or sale of a controlled substance on company premises.

3. Storing in locker, desk, automobile or repository on company premises any controlled substance the use of which is unauthorized.

4. Being under the influence of a controlled substance on company premises or while on company business.

5. Any possession, use, manufacture, distribution, dispensation or sale of alcohol or illegal drugs off company premises that adversely affects the individual's work performance, his own or others' safety at work or the company's regard or reputation in the community.

6. Failure to notify the company of any conviction under criminal drug statutes for a workplace offense within five (5) days of the conviction.

7. Refusal to sign a statement to abide by the company's Alcohol-Free and Drug-Free Workplace Policy.



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

Capstone Classic Construction, LLC. is instituting a zero tolerance level program. Capstone Classic Construction, LLC. is committed to maintaining a safe workplace free from the influence of alcohol and drugs. All employees and subcontractors are hereby notified that Capstone Classic Construction, LLC. will comply with the requirements of the Drug-Free Workplace Act of 1988, and all applicable regulations issued thereunder, as well as, when applicable, any more stringent rules promulgated by other federal agencies. Capstone Classic Construction, LLC. also complied with Texas Workers' Compensation Commission Rules for a Drug-Free Workplace, adopted on March 22, 1991.

21.1 Subcontractor Acknowledgement

I have carefully and thoroughly read Capstone Classic Construction, LLC.'s Alcohol-Free and Drug-Free Workplace Policy. I have received a copy of Capstone Classic Construction, LLC.'s Alcohol-Free and Drug-Free Workplace Policy, I understand its requirements and agree, without reservation, to follow this policy. By signing this Agreement, I acknowledge, accept and agree to the above Alcohol-free and Drug-free Workplace Policy adopted by Capstone Classic Construction, LLC.

FORD AUDIO-VIDEO SYSTEMS, LLC
Company Name

Signature

Greg Bowes
Printed Name

Senior Contracts Administrator
Title



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

**22. Release of Liability Waiver**

I, Greg Bowes (Company Officer's Name), an Officer of FORD AUDIO-VIDEO SYSTEMS, LLC (Company Name) recognize and acknowledge that my company and employees may be working, on behalf of Capstone Classic Construction LLC, in medical facilities where precaution will need to be taken. It will be the responsibility of my company to supply all health safety material and equipment needed to work in these medical environments. It is the responsibility of my company to set up a safety plan and procedures for all workers on these sites. I am authorized to sign this document as an Officer for the company.

In witness, each party to this agreement has caused it to be executed at Southlake, Texas the date indicated above.

Capstone Classic Construction, LLC

[signature]
Signature

Mary Ann Hill
Printed Name

Project Manager
Title

FORD AUDIO-VIDEO SYSTEMS, LLC
Company Name

[signature]
Signature

Greg Bowes
Printed Name

Senior Contracts Administrator
Title



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

# Lien Waivers

**The following four pages contain your Lien Waivers.**

- You will need to submit a CONDITIONAL WAIVER AND RELEASE ON PROGRESS PAYMENTS for each Payment Application you send to Capstone Classic Construction.
- You will need to submit the CONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT with your retainage invoice.
- After you receive your final payment, you will send the UNCONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT.

**Please make sure each payment request is in our office by the 20th of each month and sent to suzette.klie@capstoneclassic.com**



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

**CONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT**

Project ______________________________

Job No. ______________________________

On the receipt by the signer of this document of a check from ____________________________ ______________________ (maker of check) in the sum of $________________ Payable to __________ ____________________________ (payee or payees of check) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signers position that the signer has on the property of ________________________________(owner) located at________________________________________________________(location) to the following extent: _______________________________________(job description).

This release covers the final payment to the signer for all labor, services, equipment, or materials furnished to the property or to __________________________________________ (person with whom signer contracted)

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials equipment, or services provided for or to the above referenced project up to date of this waiver and release.

Date: ____________________________

______________________________________________ (Company Name)

By_____________________________________________ (Signature)

______________________________________________ (Title)

STATE OF: ______________________________
COUNTY OF: ____________________________

This instrument was acknowledged before me on this ______ day of ________, 20_____, by _______________________________________ (name), _______________________________ (job title) of ________________________________________________ (company name).

_____________________________________
NOTARY PUBLIC, STATE OF ____________________



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

## CONDITIONAL WAIVER AND RELEASE ON PROGRESS PAYMENTS

Project: ______________________________

Job No.: ______________________________

On receipt by the signer of this document of a check from ______________________________________________ ___________________________________, (maker of check) in the sum of $______________________________ payable to ____________________________________________________ (payee or payees of check) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signers position that the signer has on the property of ________________________________ (owner) located at _________________________________ _________________________ (location) to the following extent _________________________________ (job description).

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to _____________________________________________ (person with whom signer contracted) as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date: ___________________________

_______________________________________________ (Company Name)

By________________________________________ (Signature)

_________________________________________ (Title)

STATE OF: ___________________________
COUNTY OF: _________________________

This instrument was acknowledged before me on this _____ day of _______________, 20_____, by ____________________________________ (name), ____________________________ (job title) of ______________________________________________ (company name).

___________________________________________

NOTARY PUBLIC, STATE OF: __________________

**NOTICE:**



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

**This document waives the right unconditionally and states that you have been paid for giving up those rights. It is prohibited for a person to require you to sign this document if you have not been paid the payment amount set forth below. If you have not been paid, use a conditional release form.**

## UNCONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT

Project________________________________

Job No.______________________________

The signer of this document has been paid in full for all labor, services, equipment, or materials furnished to the property or to _______________________________________ (person with whom signer contracted) on the property of ______________________________ (owner) located at ______________________________(location) to the following extent: ____________________________________________ (job description) The signer therefore waives and releases any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position.

The signer warrants that the signer has already paid or will use the funds received from this final payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project up to date of this waiver and release.

Date: ____________________________

____________________________________________ (Company Name)

By__________________________________________ (Signature)

____________________________________________ (Title)

STATE OF: ____________________________
COUNTY OF: __________________________

This instrument was acknowledged before me on this ______ day of ________, 20_____, by ______________________________________ (name), ______________________________ (job title) of ______________________________________________ (company name).

______________________________________
NOTARY PUBLIC, STATE OF: ________________



______ Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

## Initial form submission

- ☐ W9
- ☐ Certificate of General Liability. (You will need to add **Capstone Classic Construction, LLC,** as additionally insured. Make sure you include a Waiver of Subrogation).
  DWC (83) or equivalent
- ☐ Information Sheet
- ☐ Subcontract

## Submitting your Pay Apps

- ☐ Make sure you use the Pay App provided by Capstone Classic Construction, LLC
- ☐ Make sure to sign and notarize the bottom of your Pay App.
- ☐ Email a copy to suzette.klie@capstoneclassic.com, then **mail the original.**
  (you may also fax (817) 719-9054)
- ☐ All Pay Apps must be in our office by the 20th day of each month. If your Pay App is not in our office on or before the 20th, your Pay App will go on the next month's billing.
  (Make sure ALL Applications for Payment are received by Suzette Klie)

## Contacts

Your Project Manager for this project will be MaryAnn Hill

Maryann.hill@capstoneclassic.com

(214) 984-9531

Alternative contact: Suzette Klie

Suzette.Klie@capstoneclassic.com

(817) 825 3369

## Office Information

- ☐ 2810 Market Loop
  Suite 100
  Southlake, TX 76092
  (817) 421-7778 Office
  (817) 719-9054 Fax



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

**Exhibit "C"**

**SUPPLIERS/SUBCONTRACTOR LIST**
**MAJOR MATERIAL SUPPLIERS TO BE USED ON THIS PROJECT:**
**(RETURN THIS DOCUMENT)**

1) Supplier's Name: No Subcontractors are schedule for this project. All materials used will be pulled from Ford AV inventory.
Contact Person: ______
Telephone Person: ______
Fax Number: ______
Material to be Purchased: ______
Cost of Material: ______

2) Supplier's Name: ______
Contact Person: ______
Telephone Person: ______
Fax Number: ______
Material to be Purchased: ______
Cost of Material: ______

3) Supplier's Name: ______
Contact Person: ______
Telephone Person: ______
Fax Number: ______
Material to be Purchased: ______
Cost of Material: ______



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

# Capstone Classic Construction, LLC

2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

4) Supplier's Name: ______________________
Contact Person: ______________________
Telephone Person: ______________________
Fax Number: ______________________
Material to be Purchased: ______________________
Cost of Material: ______________________

5) Supplier's Name: ______________________
Contact Person: ______________________
Telephone Person: ______________________
Fax Number: ______________________
Material to be Purchased: ______________________
Cost of Material: ______________________

6) Supplier's Name: ______________________
Contact Person: ______________________
Telephone Person: ______________________
Fax Number: ______________________
Material to be Purchased: ______________________
Cost of Material: ______________________

7) Supplier's Name: ______________________
Contact Person: ______________________
Telephone Person: ______________________
Fax Number: ______________________
Material to be Purchased: ______________________
Cost of Material: ______________________

Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

# Subcontractor Information

**Company Name:** FORD AUDIO-VIDEO SYSTEMS, LLC

**Owner's Name:** ______

**Office #:** 512-447-1103

**Fax#:** 512-447-0111

**Address:** 1340 Airport Commerce Drive, Suite 470
Austin, TX 78741

**TIN:** ______

**Trade:** AV Systems

**Contact:** Andrew Brudahl (account manager)

**Phone:** 512-351-6839

**Email:** bruda@fordav.com

**Contact:** Julien Peterson (project manager)

**Phone:** 512-619-4789

**Email:** petej@fordav.com

**Contact:** ______

**Phone:** ______

**Email:** ______



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

# Sample Insurance Certificate

ACORD

## CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| | |
|---|---|
| PRODUCER<br>Wortham Insurance & Risk Management<br>1600 W. Seventh Street<br>Fort Worth, Texas 76102 | CONTACT NAME: Ben Nitsch or Adam Waldeck<br>PHONE (A/C, No, Ext): 817-[illegible]-3142 or 817-[illegible]-3108 FAX (A/C, No):<br>E-MAIL ADDRESS: ben.nitsch@[illegible]insurance.com |
| | INSURER(S) AFFORDING COVERAGE — NAIC # |
| | INSURER A: Insurer rated A, VII or better by A.M. Best Company |
| INSURED<br>SUBCONTRACTOR NAME & ADDRESS | INSURER B: |
| | INSURER C: |
| | INSURER D: |
| | INSURER E: |
| | INSURER F: |

COVERAGES CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | GENERAL LIABILITY<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS-MADE [X] OCCUR<br>[X] Includes X,C & U<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>[ ] POLICY [X] PRO-JECT [ ] LOC | X | X | | | | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| | AUTOMOBILE LIABILITY<br>[X] ANY AUTO<br>[ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS<br>[X] HIRED AUTOS [X] NON-OWNED AUTOS | X | X | | | | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [X] UMBRELLA LIAB [X] OCCUR<br>[ ] EXCESS LIAB [ ] CLAIMS-MADE<br>[ ] DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ (Per Contract) |
| | | | | | | | AGGREGATE | $ (Per Contract) |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) Y/N [ ]<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | X | | | | [X] WC STATU-TORY LIMITS [ ] OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 500,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 500,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| | Professional Liability<br>Pollution Liability | | | | | | (Per Contract)<br>(Per Contract) | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Capstone Classic Construction, LLC and the Owner are named as additional insureds on each of these policies, except Workers Compensation, with General Liability endorsements CG 2010 1001 and CG 2037 1001, or endorsements providing equivalent coverage, extending coverage to products & completed operations. Such additional insured coverage is to be primary and non-contributing with any other insurance available to the Additional Insureds. All policies contain a Waiver of Subrogation with regard to Capstone Classic Construction, LLC and the Owner. 30 Day Notice of Cancellation in favor of Capstone is on all policies.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Capstone Classic Construction, LLC<br>2910 Market Loop #100<br>Southlake, TX 76092 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05) The ACORD name and logo are registered marks of ACORD

Clear All



Initial

CAPSTONE CLASSIC CONSTRUCTION
Integrity. Character. Partnership.
www.capstoneclassic.com

Capstone Classic Construction, LLC
2910 Market Loop, #100
Southlake, TX 76092
(817) 421-7778 (o) (817) 719-9054 (f)

## Insurance Requirements

Capstone Classic Construction, LLC Subcontractor Agreement requires all subcontractors provide a current Certificate of Liability Insurance to include the following:

- Commercial General Liability policy in an amount equal to at least $1,000,000 Per Occurrence with a Products/Completed Operations Aggregate limit of at least $2,000,000. Commercial General Liability policy form must be on an "Occurrence" basis and include a "Per Project Aggregate", as well as "Broad Form Contractual Liability" endorsement(s). Capstone Classic Construction, LLC must be named as an "Additional Insured" on ISO Form(s) CG 20 10 11 85 or equivalent, including CG 20 10 10 01 *AND* CG 20 37 10 01, "30 Day Notice of Cancellation" clause, and a "Waiver of Subrogation" in Capstone Classic Construction, LLC's favor must be included on the policy. All Certificates of Insurance must specifically state at the bottom, "This insurance is primary and non-contributory to any other available insurance policies and/or programs."

- Comprehensive Auto Liability policy in an amount equal to at least $1,000,000 Combined Single Limit that includes "Any Auto" and/or "Scheduled Autos", "Hired Autos", and "Non-owned Autos." Prodigy Design & Renovation, Inc. must be named as an "Additional Insured", "30 Day Notice of Cancellation" clause, and a "Waiver of Subrogation" in Capstone Classic Construction, LLC's favor must be included on the policy.

- Workers' Compensation policy including Employers' Liability in an amount equal to at least $500,000 for Each Accident, Each Employee, and Policy Limit. A "30 Day Notice of Cancellation" clause and a "Waiver of Subrogation" in Capstone Classic Construction, LLC's favor must be included on the policy.

- All insurance carriers/companies must be rated A- VII or better, as indicated in the most current A.M. Best Rating Guide. Please refer to www.ambest.com.

- A Commercial Umbrella Liability policy may be required depending on the project. A limit of liability will be determined by the subcontractor agreement. If required, Capstone Classic Construction, LLC must be named as an "Additional Insured", "30 Day Notice of Cancellation" clause, and a "Waiver of Subrogation" in Capstone Classic Construction, LLC's favor must be included on the policy.

- A Professional or Pollution Liability policy may be required depending on the project. A limit of liability will be determined by the subcontractor agreement.

*Note: This document is only a general outline of insurance coverage requirements for subcontractors. Please refer to the "Subcontractor Agreement" for further clarification and/or additional insurance requirements.*



Initial

# EXHIBITS
# INTENTIONALLY
# OMITTED